UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| CAROLINE CASEY and MAGGIE FLAHERTY<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM M. GARDNER, Secretary of State of the State of New Hampshire, in his official capacity, and GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case. No. 1:19-cv-00149-JL |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

1. Pursuant to Rule 83.2(b) of the Local Rules of the United States District Court for the District of New Hampshire, Caroline Casey and Maggie Flaherty respectfully move this court for an order admitting Dale E. Ho to the bar of this Court, *pro hac vice*, for the purpose of representing Caroline Casey and Maggie Flaherty in the above-captioned case. Mr. Ho is knowledgeable regarding the dispute between the parties, and it would be economical and efficient to allow Mr. Ho to appear before this Court.

2. Mr. Ho is a member in good standing of the bars of various courts, he is not suspended or disbarred in any jurisdiction or involved in any disciplinary proceedings, and he has never had *pro hac vice* status denied or revoked by any court. An affidavit attesting to these facts is attached.

3. For the foregoing reasons, plaintiffs respectfully request that this Court grant this

motion and enter an order for admission of Mr. Ho *pro hac vice* in the above-captioned case.

  4.  Defendants, through counsel, assent to this motion.

WHEREFORE, the Plaintiffs, Caroline Casey and Maggie Flaherty, respectfully request that this Honorable Court:

  A. Grant this Motion for Admission *Pro Hac Vice* of Dale E. Ho;

and

  B. Grant such other and further relief as may be just and equitable.

        Respectfully submitted,

Date: March 5, 2019    /s/ _Henry Klementowicz_____
        Gilles R. Bissonnette (N.H. Bar No. 265393)
        Henry R. Klementowicz (N.H. Bar No. 21177)
        AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
        18 Low Avenue
        Concord, NH  03301
        Tel.:  603.224.5591
        gilles@aclu-nh.org
        henry@aclu-nh.org

## CERTIFICATE OF SERVICE

  The undersigned certifies that he has electronically filed this date the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. This filing is available for viewing and downloading from the ECF system.

Dated:  March 5, 2019      /s/ Henry R. Klementowicz
           Henry R. Klementowicz