UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Caroline Casey and Maggie Flaherty,    \*
      Plaintiff,    \*
          \*
v.    \*    Civil No. 1: 19-cv-00149-JL
          \*
William Gardner as NH Secretary of State, et al.    \*
      Defendants.    \*
          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WITHDRAWAL OF COUNSEL

To:    The clerk of court and all parties of records.

    Please enter my withdrawal as counsel for defendants William Gardner, as NH Secretary of State, and Gordon MacDonald as NH Attorney General, in the above captioned matter.

    Respectfully submitted,

    William Gardner as NH Secretary of State
    Gordon MacDonald as NH Attorney General

    By their attorney,

    GORDON J. MACDONALD
    ATTORNEY GENERAL

April 26, 2019    /s/ Scott E. Sakowski
    Scott E. Sakowski, Bar No. 21213
    Assistant Attorney General
    N.H. Department of Justice, Civil Bureau
    33 Capitol Street
    Concord, NH 03301
    (603) 271-3650
    scott.sakowski@doj.nh.gov

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served through ECF on April 26, 2019, to:

        Gilles R. Bissonnette
        Henry Klementowicz

          /s/ Scott E. Sakowski
          Scott E. Sakowski, Bar No. 21213