```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Caroline Casey, et al.

    v.                                                Case No. 19-cv-149-JL

NH Secretary of State, et al.


NH Democratic Party

    v.                                                Case No. 19-cv-201-SM

NH Secretary of State, et al.


## ORDER OF CONSOLIDATION

Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

Case 19-cv-149-JL has been designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case. They shall be captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

The former related case shall be statistically closed.

The plaintiffs shall file a consolidated complaint by **May 24, 2019**, and defendants shall answer or otherwise respond to the consolidated complaint within twenty-one (21) days from the filing of the consolidated complaint. The consolidated complaint and answer should contain all of the parties' respective claims and defenses from the consolidated cases,

which are to remain in the case.  Defendants shall not be required to respond to any other complaints filed in these actions prior to the date of this consolidation order.

Within 21 days of the filing of the consolidated complaint, the New Hampshire Secretary of State and New Hampshire Attorney General shall either:  (1) notify the court that its pending motion to dismiss (document no. 20) should be considered as applicable to the consolidated complaint, (2) file a renewed motion to dismiss applicable to the consolidated complaint, or (3) withdraw its motion to dismiss.

Parties in the former related case will be added to the main case as consolidated plaintiffs/defendants, if applicable.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: 5/10/2019

cc: Dale E. Ho, Esq.
    Gilles R. Bissonnette, Esq.
    Julie A. Ebenstein, Esq.
    Henry Klementowicz, Esq.
    William E. Christie, Esq.
    Anthony Galdiero, Esq.
    Samuel R.V. Garland, Esq.
    Seth Michael Zoracki, Esq.