UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CAROLINE CASEY and MAGGIE FLAHERTY<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>    Defendants. | |
| NEW HAMPSHIRE DEMOCRATIC PARTY, By Raymond Buckley, Chair<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>    Defendants. | Consolidated Case No.: 1:19-cv-00149-JL |

**ASSENTED-TO MOTION TO CONTINUE JULY 25, 2019 HEARING**

Plaintiffs Caroline Casey and Maggie Flaherty hereby file this Assented-to Motion to Continue the July 25, 2019 Hearing on the State's Motion to Dismiss. The Court has scheduled a hearing on Defendants' Motion to Dismiss (DN 20) for July 25, 2019 at 10 a.m. An attorney for the Individual Plaintiffs and an attorney for the New Hampshire Democratic Party are scheduled to be out of the office the week of July 22. Undersigned counsel has conferred with Defendants' counsel and counsel for the New Hampshire Democratic Party, and counsel for all parties are available on either July 29, 2019 (all day) or the morning of July 30, 2019. All parties assent to the relief requested in this Motion.

### **RELIEF REQUESTED**

WHEREFORE, Plaintiffs respectfully requests that this Court:

A. Reschedule the hearing on Defendants' Motion to Dismiss for July 29 or the morning of July 30; and

B. Grant such other and further relief as this Court deems just and proper in the circumstances.

Respectfully submitted,

CAROLINE CASEY AND MAGGIE FLAHERTY,

By and through their attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation and the American Civil Liberties Union Foundation,

/s/ Henry R. Klementowicz
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org
henry@aclu-nh.org

Julie A. Ebenstein, *pro hac vice*
Dale E. Ho, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
jebenstein@aclu.org
dho@aclu.org

Date:   June 11, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that he has electronically filed this date the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the consolidated case. This filing is available for viewing and downloading from the ECF system.

Dated:  June 11, 2019                    /s/ Henry R. Klementowicz
                                         Henry R. Klementowicz