UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_Caroline Casey / Maggie Flaherty_
Plaintiff(s)

2019 AUG -7 P 3: 58

v.

Case No. 1: 19-CV000149-JL

_NH Secretary of State /NH Attorney General_
Defendant(s)

MOTION TO/FOR _Interven in civil righs case_
(enter title of motion)

see attached Affidavit

(Attach additional sheets if necessary)

USDCNH-101 (Rev. 2/26/13)                    Page 1 of 3

Date: _Aug 7, 2019_

_____
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☒   I have attached a supporting memorandum of law to this motion.

☐   I have NOT attached a memorandum of law because none is required (explain your reasoning below).

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐   All parties have assented/agreed to this motion.

☒   I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐   I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(s):

Person(s) served by hand:

The offices of the Secretary of State of NH
Attorney General of NH
The America Civil Liberty Union (ACLU)

Date of Service: Aug 7, 2019

Signature: *Daniel Richard*

Name: Daniel Richard

Address: 95 Rockingham Rd.
Auburn, NH. 03032

Phone: 603-315-5755

Email: drichard186@gmail.com