EXHIBIT

B

## AFFIDAVIT OF ELIZABETH WESTER

I, Elizabeth Wester, being duly sworn and on oath, do state as follows:

I am the New Hampshire State Director for the NH for Warren Campaign, which has been focused on reaching voters everywhere they are, including college campuses.  As soon as the campaign started organizing on campus, students started asking about how they could vote in the First in the Nation Primary.

Earlier this year we prepared educational materials concerning the process of registering to vote in New Hampshire. These materials were based in large part upon statements made during the legislative hearings on HB 1264 by state officials, including representatives of the office of the Secretary of State and the legislative sponsors. After preparing these materials we were advised not to use them with voters until the issue of the application of the exceptions contained in the definition of residency in the motor vehicle code were addressed and clarified. To date we have been unable to find any clarification from any state officials and are thus unable to adequately advise students on the ramifications of a decision to register to vote in NH.

The lack of clarity from the Secretary of State's office has left a lot of confusion in college campuses across the state.  Before HB1264 was enacted, we would have been able to inform student voters that they needed to prove who they were, and where they were domiciled.  Now it is extremely unclear what happens after they vote if they do not have an NH license and drive a car in anyway in New Hampshire.  Students are dedicated to this state and sincerely wish to voice their opinion through their constitutional right to vote.

 Our campaign takes voting extremely seriously, and Elizabeth Warren even has a plan to address the restrictive voting laws and practices that have been passed in recent years.  Equal access to the ballot box is not something we take lightly.  We also want to make sure we are providing accurate information to voters about their rights and voting laws.  Without guidance from the state, we are left in the position of being unable to answer voters, especially students, questions.  We have chosen to provide less information instead of making assumptions of what the proper information could be under HB1264.

/s/ Elizabeth Wester
---
Elizabeth Wester

Sworn to and signed before me this 21th day of October, 2019

/s/ Alyssa L. Crook
---
Justice of the Peace/Notary Public
My Commission expires:    July 19, 2022