UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CAROLINE CASEY and MAGGIE FLAHERTY<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>    Defendants.<br><br>NEW HAMPSHIRE DEMOCRATIC PARTY, By Raymond Buckley, Chair<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>    Defendants. | Consolidated Case No.: 1:19-cv-00149-JL |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and upon consideration of Plaintiffs' Motion for Preliminary Injunction and review of the pleadings filed in support thereof and in opposition thereto, the Court GRANTS Plaintiffs' Motion for Preliminary Injunction.

The Court hereby finds that the Individual Plaintiff have a demonstrated a likelihood of success on the merits of his claims; that the Individual Plaintiffs are likely to suffer irreparable harm if the order is not granted; that the potential harm to the Individual Plaintiffs if the order is not granted outweighs the potential harm to Defendants if the order is granted; and that the issuance of this order is in the public interest.

Defendants are hereby ORDERED as follows:

1) The Defendants and their agents and employees are prohibited from using voter registration or voting history as evidence in any enforcement action under RSA 261:54 and RSA 263:35;

2) The Defendants and their agents and employees are required to inform all local election officials in the State of the issuance of this Order; and

3) The Defendants are ordered to place this Order on the Secretary of State's website.

SO ORDERED.

_____                                    _____
Date                                                                Joseph N. Laplante
                                                                    United States District Judge