UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **CAROLINE CASEY and MAGGIE FLAHERTY**<br><br>  Plaintiffs,<br><br>  v.<br><br>**WILLIAM GARDNER**, in his official capacity as New Hampshire Secretary of State, and<br>**GORDON MACDONALD**, in his official capacity as New Hampshire Attorney General<br><br>  Defendants. | |
| **NEW HAMPSHIRE DEMOCRATIC PARTY**, By Raymond Buckley, Chair<br><br>  Plaintiff,<br><br>  v.<br><br>**WILLIAM GARDNER**, in his official capacity as New Hampshire Secretary of State, and<br>**GORDON MACDONALD**, in his official capacity as New Hampshire Attorney General<br><br>  Defendants. | **Consolidated Case No.: 1:19-cv-00149-JL** |

**AFFIDAVIT OF KATHARINE MORSE-GAGNE
IN SUPPORT OF NEW HAMPSHIRE DEMOCRATIC PARTY'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

1

1. My name is Katharine Morse-Gagne. I have personal knowledge of the following facts, which I submit through this affidavit in support of the New Hampshire Democratic Party's Motion for Preliminary Injunction.

2. I was confused about what effect, if any, HB 1264 would have on out-of-state license holders and people who have out-of-state vehicle registrations who are registered to vote in New Hampshire. Therefore, on October 8, 2019, I contacted the Concord, New Hampshire Department of Motor Vehicles ("DMV").

3. I said I had been hearing about HB 1264 and how it might affect voting rights and driver's licenses/car registrations, and said I had a couple questions about how that might affect me.

4. They said that I should talk to my town and that they didn't have the answers to any voting-related questions.

5. I repeated that I specifically had a couple questions about implications for my license/registration, and said I thought they might have that part of the information I was looking for, and they said no; they repeated that I should talk to my town and said that they don't have that information.

6. On October 8, 2019, I also contacted the Manchester, New Hampshire Town Clerk's Office.

7. I started by saying I'd been hearing about HB 1264 and how it might affect my voting rights as someone who's only living in NH for a few months but will be here for the election.

8. The first person I talked to said that they hadn't heard about anything that would be different based on my length of time living here, so they transferred me to someone else.

9. The second person said that as long as you claim domicile in NH, you're eligible to vote even if you only live here short-term or as a student. They also said that you can claim domicile using any of several documents (like a utility bill with your address on it) which are listed online.

10. I asked if there were any differences for people with out-of-state driver's licenses, and they said they didn't have information about those laws and that I should go to the Department of Transportation's website for that.

11. I asked if there was anything that I or out-of-state college students would need to do to become residents here, in order to vote in NH, and they repeated that you just have to claim domicile here but said that I should go to the Secretary of State's website for FAQs for college students specifically.

12. I found it odd that they were only talking about claiming domicile, rather than residency, since my understanding of HB 1264 is that it would make all voters officially residents instead of just people domiciled here.

13. The person I was speaking with did make a point of mentioning early in the call that HB 1264 is still in the courts, but they didn't explicitly say that they were disregarding it in the answers they were giving me, so I'm not sure quite what to make of that.

14. I said that to clarify, what I thought they were saying was that I or a college student from out of state would not need to do anything differently from someone living here more permanently, in order to vote, and they said something like, "no, we treat everyone equally."

15.     I would not have known any of this had I not taken time out of my day to call the DMV because no clear information on the impact of HB 1264 on voters with out-of-state licenses and registrations has been publicly disseminated.

Pursuant to 28 U.S.C. § 1746, I state under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2019                              /s/ Katharine Morse-Gagne
                                                          Katharine Morse-Gagne