```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Caroline Casey, et al.

    v.

                                        Case No. 19-cv-149-JL

NH Secretary of State, et al.

<u>CLERK'S CERTIFICATION OF QUESTION
TO NEW HAMPSHIRE SUPREME COURT</u>

    I, Jadean Barthelmes, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the original of the certification order and twelve (12) copies of the following are herewith transmitted to the New Hampshire Supreme Court to constitute the record pursuant to Rule 34:

                          DOCUMENT NUMBERED: 86

    Also attached is a copy of the docket entries.

                                        IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, December 2, 2019.

**FCPKGN'L0N{ PEJ , Clerk**

**By: /s/ Jadean Barthelmes, Deputy Clerk**

**Dec 02, 2019**