UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CAROLINE CASEY and MAGGIE FLAHERTY<br><br>　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>　　　Defendants.<br><hr>NEW HAMPSHIRE DEMOCRATIC PARTY, By Raymond Buckley, Chair<br><br>　　　Plaintiff,<br><br>　v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>　　　Defendants. | Consolidated Case No.: 1:19-cv-00149-JL |

**JOINT UPDATED DISCOVERY PLAN**

Pursuant to the Court's request of December 27, 2020, the Parties have conferred and hereby submit this joint updated discovery plan.

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Production of Documents in Response to Plaintiffs' First Set of Requests for Production of Documents (propounded August 6, 2019) | 12/13/2019 | 2/7/2020 |
| Completion of Paper Discovery | 12/31/2019 | 3/2/2020 |
| Completion of Discovery | 12/31/2019 | 4/1/2020 |
| Disclosure of Experts and Written Reports | Completed | Completed |
| Challenges to Expert Testimony | Thirty days before Trial | 4/1/2020 |
| Disclosure of Claims Against Unnamed Parties | Completed | Completed |
| Joinder of Additional Parties | Completed | Completed |
| Third Party Actions | Completed | Completed |
| Amendment to Pleadings | Completed | Completed |
| Motions to Dismiss | Completed | Completed |
| Trial | Week of 1/6/2020 | Week of 5/4/2020 |

All parties reserve the right to seek an immediate status conference with the Court after the New Hampshire Supreme Court issues an order on the certified questions in this case to seek relief from the schedule for any reason. All parties also reserve the right to seek a status conference with the Court as needed to resolve areas of disagreement between the parties.

Respectfully submitted,

CAROLINE CASEY AND MAGGIE FLAHERTY,

By and through their attorneys affiliated with the American Civil Liberties Union of New Hampshire

Foundation and the American Civil Liberties Union Foundation,

Dated: January 6, 2019

/s/ Henry R. Klementowicz
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org
henry@aclu-nh.org

Julie A. Ebenstein, *pro hac vice*
Theresa J. Lee, *pro hac vice*
Dale E. Ho, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
jebenstein@aclu.org
tlee@aclu.org
dho@aclu.org

Respectfully submitted,

NEW HAMSPHIRE DEMOCRATIC PARTY,
By Raymond Buckley, its chair

By its attorney,

Dated: January 6, 2019

/s/ Henry R. Klementowicz for
William E. Christie
NH Bar # 11255
S. Amy Spencer
NH Bar # 266617
James J. Armillay, Jr.
NH Bar # 271651
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262

                                      Respectfully submitted,

                                      WILLIAM M. GARDNER, Secretary of State of the State of New Hampshire, in his official capacity, et al.,

                                      By their attorney,

                                      Gordon J. MacDonald
                                      Attorney General

Dated: January 6, 2019             */s/ Anthony J. Galdieri*
                                      Seth M. Zoracki, Bar No. 267887
                                      Assistant Attorney General
                                      Anthony J. Galdieri, Bar No. 18594
                                      Senior Assistant Attorney General
                                      Samuel R. V. Garland, Bar No. 266273
                                      Attorney
                                      Anne Edwards, Bar No. 6836
                                      Associate Attorney General
                                      New Hampshire Department of Justice
                                      33 Capitol Street
                                      Concord, NH 03301
                                      (603) 271-3650

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that he has electronically has served this pleading on all counsel of record through the court's ECF system.

Dated:  January 6, 2019                        /s/ Henry R. Klementowicz
                                                          Henry R. Klementowicz