# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **CAROLINE CASEY and MAGGIE FLAHERTY**<br><br>      **Plaintiffs,**<br><br>  v.<br><br>**WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and**<br>**GORDON MACDONALD, in his official capacity as New Hampshire Attorney General**<br><br>      **Defendants.** | |
| **NEW HAMPSHIRE DEMOCRATIC PARTY, By Raymond Buckley, Chair**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and**<br>**GORDON MACDONALD, in his official capacity as New Hampshire Attorney General**<br><br>      **Defendants.** | **Consolidated Case No.: 1:19-cv-00149-JL** |

## JOINT STATEMENT REGARDING STATUS OF DISCOVERY

Pursuant to the Court's January 7, 2020 Order, the parties submit the below Joint Statement on the status of discovery.

A bench trial is currently scheduled in this matter for the two-week period beginning May 4, 2020.  In addition, the parties are scheduled for oral argument before the New Hampshire Supreme Court in *Casey et al v. Gardner et al*, Case No. 2019-0693, on March 10, 2020 to discuss proposed answers to this Court's certified questions.

Pursuant to the Joint Updated Discovery Plan adopted by the Court on January 7, 2020, paper discovery is to close on March 2, 2020, and all discovery is to close on April 1, 2020.  The parties believe they are on track to meet these deadlines.

As of February 25, 2020, when Defendant produced their final set of documents responsive to Casey and Flaherty's First Request for Production of Documents to All Defendants, propounded August 6, 2019, all requests for production of documents among the parties have been completed, subject to review of privilege logs which have also been produced.

All interrogatories propounded in this case have been responded to.  On November 27, 2019, the Court ordered Defendants produce initial responses to the plaintiffs' contention interrogatories by December 13, 2019, and ordered that the responses shall be supplemented at a later date to be agreed by the parties or ordered by the court.  The parties have conferred and agree that the supplemental responses shall be produced by April 8, 2020.

To date, the parties have conducted three depositions.  Two more are currently scheduled, and the parties anticipate approximately a dozen more depositions will be conducted.

On February 20, 2020, the plaintiffs served a subpoena for documents on a former state senator who served on the Senate Election Law Committee when HB 1264 was considered and on February 24, 2020, senate legal counsel accepted service of similar subpoenas for two state senators who also served on that panel.  Plaintiffs provided the subpoenas to Senate legal counsel

and all parties on February 7, 2020.  Plaintiffs' counsel and senate legal counsel have agreed to extend the deadline for compliance to those subpoenas to March 13, 2020.

The parties are unaware of any other discovery issues at the time.

Respectfully submitted,

CAROLINE CASEY AND MAGGIE FLAHERTY,

By and through their attorneys affiliated with the
American Civil Liberties Union of New Hampshire
Foundation and the American Civil Liberties Union
Foundation,

Dated: March 2, 2020                 /s/ Henry R. Klementowicz
                                     Gilles R. Bissonnette (N.H. Bar No. 265393)
                                     Henry R. Klementowicz (N.H. Bar No. 21177)
                                     AMERICAN CIVIL LIBERTIES UNION OF NEW
                                     HAMPSHIRE FOUNDATION
                                     18 Low Avenue
                                     Concord, NH  03301
                                     Tel.:  603.224.5591
                                     gilles@aclu-nh.org
                                     henry@aclu-nh.org

                                     Julie A. Ebenstein, *pro hac vice*
                                     Dale E. Ho, *pro hac vice*
                                     AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                     Voting Rights Project
                                     125 Broad Street, 18th Floor
                                     New York, NY 10004
                                     Tel.: 212.549.2500
                                     jebenstein@aclu.org
                                     dho@aclu.org


                                     AND

                                     Respectfully submitted,

                                     NEW HAMSPHIRE DEMOCRATIC PARTY,
                                     By Raymond Buckley, its chair

                                     By its attorney,

Dated: March 2, 2020                 /s/ Henry R. Klementowicz for
                                     William E. Christie
                                     NH Bar # 11255
                                     S. Amy Spencer
                                     NH Bar # 266617
                                     James J. Armillay, Jr.

NH Bar # 271651
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262

AND

Respectfully submitted,

WILLIAM M. GARDNER, Secretary of
State of the State of New Hampshire,
in his official capacity, et al.,

By their attorney,

Gordon J. MacDonald
Attorney General

Dated: March 2, 2020                  */s/ Henry Klementowicz for*
                                      Seth M. Zoracki, Bar No. 267887
                                      Assistant Attorney General
                                      Anthony J. Galdieri, Bar No. 18594
                                      Senior Assistant Attorney General
                                      Samuel R. V. Garland, Bar No. 266273
                                      Attorney
                                      New Hampshire Department of Justice
                                      33 Capitol Street
                                      Concord, NH 03301
                                      (603) 271-3650
                                      seth.zoracki@doj.nh.gov