```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Caroline Casey, et al.

    v.                              Civil No. 19-cv-149-JL

NH Secretary of State, et al.

## **ORDER ON DISCOVERY DISPUTES**

Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course. No motion to compel is necessary. The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court. The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible. If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge. Such referral requests will normally be granted. If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 23, 2020

cc:  Dale E. Ho, Esq.
     Gilles R. Bissonnette, Esq.
     Julie A. Ebenstein, Esq.
     Theresa J. Lee, Esq.
     Henry Klementowicz, Esq.
     William E. Christie, Esq.
     James Joseph Armillay, Jr., Esq.
     Suzanne Amy Spencer, Esq.
     Anne M. Edwards, Esq.
     Anthony Galdieri, Esq.
     Bryan K. Gould, Esq.
     Cooley Ann Arroyo, Esq.
     Samuel R.V. Garland, Esq.
     Seth Michael Zoracki, Esq.