UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CAROLINE CASEY and MAGGIE FLAHERTY<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>    Defendants.<br><br>NEW HAMPSHIRE DEMOCRATIC PARTY, By Raymond Buckley, Chair<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and<br>GORDON MACDONALD, in his official capacity as New Hampshire Attorney General<br><br>    Defendants. | Consolidated Case No.: 1:19-cv-00149-JL |

## **PROPOSED PRETRIAL PLAN**

The parties have conferred and jointly propose the following plan for pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) and Local Rule 16.2.

| Scheduling Designation | Proposed Deadline |
|---|---|
| Witness Lists | 5/15/2020 |
| Designations of Depositions | 5/15/2020 |
| Exhibit Lists | 5/15/2020 |
| Assented to Statement of Case and Stipulated Facts | 5/21/2020 |
| Written Waiver of Claims and Defenses | 5/15/2020 |
| Statement regarding JERS | N/A |
| Itemized Statement of Special Damages | N/A |
| Statement of Claim of Attorney's Fees | 5/15/2020 |
| Request for View | N/A |
| Estimate of Length of Trial | 5/15/2020 |
| Requests For Jury Instructions | N/A |
| Trial Memoranda and/or Requests for Findings of Fact and Rulings of Law[1] | Two weeks after trial |
| Motions in Limine | 5/15/2020 |
| Proof of Special Damages | N/A |
| Use of JERS Motions | N/A |
| Trial | Week of 5/26/2020 |

---

[1] Parties will submit either a trial memorandum or requests for findings of facts and rulings of law, unless this Court has a particular preference for one, the other, or both.

The parties reserve the right to revisit the proposed pretrial plan and seek relief from the plan if an opinion from the New Hampshire Supreme Court is not released sufficiently in advance of trial or to revisit the proposed pretrial plan in light of the contents of any such opinion.

Respectfully submitted,

CAROLINE CASEY AND MAGGIE FLAHERTY,

By and through their attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation and the American Civil Liberties Union Foundation,

Dated: April 30, 2020

/s/ Henry R. Klementowicz
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH 03301
Tel.: 603.224.5591
gilles@aclu-nh.org
henry@aclu-nh.org

Julie A. Ebenstein, *pro hac vice*
Theresa Lee, *pro hac vice*
Dale E. Ho, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
jebenstein@aclu.org
dho@aclu.org

AND

Respectfully submitted,

NEW HAMSPHIRE DEMOCRATIC PARTY,
By Raymond Buckley, its chair

By its attorney,

Dated: April 30, 2020

/s/ Henry R. Klementowicz for
William E. Christie
NH Bar # 11255
S. Amy Spencer
NH Bar # 266617

                    James J. Armillay, Jr.
                    NH Bar # 271651
                    Shaheen & Gordon, P.A.
                    107 Storrs Street
                    P.O. Box 2703
                    Concord, NH 03302-2703
                    (603) 225-7262

                    AND

                    Respectfully submitted,

                    WILLIAM M. GARDNER, Secretary of
                    State of the State of New Hampshire,
                    in his official capacity, et al.,

                    By their attorney,

                    Gordon J. MacDonald
                    Attorney General

Dated: April 30, 2020         */s/ Anthony Galdieri*
                    Seth M. Zoracki, Bar No. 267887
                    Assistant Attorney General
                    Anthony J. Galdieri, Bar No. 18594
                    Senior Assistant Attorney General
                    Samuel R. V. Garland, Bar No. 266273
                    Attorney
                    Anne Edwards, Bar No. 6836
                    Associate Attorney General
                    New Hampshire Department of Justice
                    33 Capitol Street
                    Concord, NH 03301
                    (603) 271-3650

## CERTIFICATE OF SERVICE

The undersigned certifies that he has electronically has served this pleading on all counsel of record through the court's ECF system.

Dated: April 30, 2020         /s/ Henry R. Klementowicz
                                      Henry R. Klementowicz