UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

CAROLINE CASEY and MAGGIE
FLAHERTY

      Plaintiffs,

  v.

WILLIAM GARDNER, in his official capacity
as New Hampshire Secretary of State, and
GORDON MACDONALD, in his official
capacity as New Hampshire Attorney General

      Defendants.

NEW HAMPSHIRE DEMOCRATIC
PARTY, By Raymond Buckley, Chair

      Plaintiff,

  v.

WILLIAM GARDNER, in his official capacity
as New Hampshire Secretary of State, and
GORDON MACDONALD, in his official
capacity as New Hampshire Attorney General

      Defendants.

Consolidated Case No.: 1:19-cv-00149-JL

## NEW HAMPSHIRE DEMOCRATIC PARTY'S OBJECTION TO DEFENDANTS' MOTION TO RECONSIDER - EXPEDITED TREATMENT (L.R. 7.1(f))

NOW COMES Plaintiff, New Hampshire Democratic Party ("NHDP"), by its Chair,

Raymond Buckley, and by and through counsel, Shaheen & Gordon, P.A., and respectfully files

this Objection to Defendants' Motion to Reconsider - Expedited Treatment (L.R. 7.1(f)) and joins

in the Objection to Defendants' Motion to Reconsider filed by Plaintiffs Caroline Casey and

Maggie Flaherty [Doc. No. 99] and, in support thereof, states as follows:

1.      On May 15, 2020, Defendants filed a Motion to Reconsider - Expedited

Treatment (L.R. 7.1(f)). [Doc. No. 98].

2.      On May 18, 2020, Plaintiffs Casey and Flaherty filed their Objection to

Defendants' Motion to Reconsider - Expedited Treatment (L.R. 7.1(f)). [Doc. No. 99].

3.      In the interest of judicial efficiency, NHDP joins in the Objection to Defendants'

Motion to Reconsider - Expedited Treatment (L.R. 7.1(f)) filed by Plaintiffs Caroline Casey and

Maggie Flaherty in its entirety rather than duplicating efforts, reproducing the arguments, and

burdening the Court with a duplicate filing.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully requests that this Court:

A.      Deny Defendants' Motion to Reconsider - Expedited Treatment (L.R. 7.1(f)); and

B.      Grant such other and further relief as this Court deems just and proper in the

circumstances.

Respectfully submitted,

NEW HAMPSHIRE DEMOCRATIC PARTY

By Its Attorneys,
SHAHEEN & GORDON, P.A.

Dated:  May 18, 2020                    /s/ William E. Christie
                                        William E. Christie
                                        NH Bar # 11255
                                        S. Amy Spencer
                                        NH Bar # 266617
                                        James J. Armillay, Jr.
                                        NH Bar # 271651
                                        107 Storrs Street
                                        P.O. Box 2703
                                        Concord, NH 03302-2703
                                        (603) 225-7262
                                        wchristie@shaheengordon.com
                                        saspencer@shaheengordon.com
                                        jarmillay@shaheengordon.com

### CERTIFICATE OF SERVICE

I, William E. Christie, Esquire, certify that on this date service of the foregoing document was made upon counsel for all parties via the Court's CM/ECF System.

/s/ William E. Christie
William E. Christie