# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **CAROLINE CASEY and MAGGIE FLAHERTY**<br><br>　　　**Plaintiffs,**<br><br>　**v.**<br><br>**WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and**<br>**GORDON MACDONALD, in his official capacity as New Hampshire Attorney General**<br><br>　　　**Defendants.** | |
| **NEW HAMPSHIRE DEMOCRATIC PARTY, By Raymond Buckley, Chair**<br><br>　　　**Plaintiff,**<br><br>　**v.**<br><br>**WILLIAM GARDNER, in his official capacity as New Hampshire Secretary of State, and**<br>**GORDON MACDONALD, in his official capacity as New Hampshire Attorney General**<br><br>　　　**Defendants.** | **Consolidated Case No.: 1:19-cv-00149-JL** |

## STIPULATION OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

After review of *Casey v. Gardner*, ___ N.H.___, (May 20, 2020), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned consolidated case without prejudice.  All parties agree to bear their own costs and fees.

Respectfully submitted,

CAROLINE CASEY AND MAGGIE FLAHERTY,

By and through their attorneys affiliated with the American Civil Liberties Union of New Hampshire Foundation and the American Civil Liberties Union Foundation,

Dated: May 22, 2020

*/s/ Henry R. Klementowicz*
Gilles R. Bissonnette (N.H. Bar No. 265393)
Henry R. Klementowicz (N.H. Bar No. 21177)
AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE FOUNDATION
18 Low Avenue
Concord, NH  03301
Tel.:  603.224.5591
gilles@aclu-nh.org
henry@aclu-nh.org

Julie A. Ebenstein, *pro hac vice*
Theresa Lee, *pro hac vice*
Dale E. Ho, *pro hac vice*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
Voting Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: 212.549.2500
jebenstein@aclu.org
dho@aclu.org

AND

Respectfully submitted,

NEW HAMSPHIRE DEMOCRATIC PARTY,
By Raymond Buckley, its chair

By its attorney,

Dated: May 22, 2020            */s/ William Christie*
                                  William E. Christie
                                  NH Bar # 11255
                                  S. Amy Spencer
                                  NH Bar # 266617
                                  James J. Armillay, Jr.
                                  NH Bar # 271651
                                  Shaheen & Gordon, P.A.
                                  107 Storrs Street
                                  P.O. Box 2703
                                  Concord, NH 03302-2703
                                  (603) 225-7262

                                  AND

                                  Respectfully submitted,

                                  WILLIAM M. GARDNER, Secretary of
                                  State of the State of New Hampshire,
                                  in his official capacity, et al.,

                                  By their attorney,

                                  Gordon J. MacDonald
                                  Attorney General

Dated: May 22, 2020            */s/ Anthony Galdieri*
                                  Seth M. Zoracki, Bar No. 267887
                                  Assistant Attorney General
                                  Anthony J. Galdieri, Bar No. 18594
                                  Senior Assistant Attorney General
                                  Samuel R. V. Garland, Bar No. 266273
                                  Attorney
                                  Anne Edwards, Bar No. 6836
                                  Associate Attorney General
                                  New Hampshire Department of Justice
                                  33 Capitol Street
                                  Concord, NH 03301
                                  (603) 271-3650

**CERTIFICATE OF SERVICE**

The undersigned certifies that he has electronically has served this pleading on all counsel of record through the court's ECF system.


Dated:  May 22, 2020                          /s/ Henry R. Klementowicz
                                             Henry R. Klementowicz